# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADDISON FRANKLIN ORR,
           Appellant,
      vs.
THE STATE OF NEVADA,
           Respondent.

No. 80206

FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from district court orders denying a motion to show cause; denying an application to proceed in forma pauperis; denying a motion for transportation of inmate for court appearance or, in the alternative, for appearance by telephone or video conference; denying a motion for full disclosure; denying an ex parte motion for appointment of counsel and request for evidentiary hearing; denying a motion to appoint counsel; denying a motion to produce; denying a motion for chain of custody; denying a motion for enlargement of time; and denying a motion to dismiss. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from an order

denying the aforementioned motions. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Thomas W. Gregory, District Judge
Addison Franklin Orr
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk